# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY SMITH

NO. 2023 KW 0810

**NOVEMBER 9, 2023**

---

In Re:    Donald Ray Smith, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 07-13-0191.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

    **WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed on October 29, 2021, on or before December 4, 2023. A copy of the district court's action shall be filed in this court on or before December 11, 2023.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT